UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

STEPHEN L. GRANT,

        Plaintiff,

v.                                                   Case No. 17-C-1579

RICHARD HEIDORN, et al.,

        Defendants.

## ORDER

Plaintiff Stephen Grant filed this action pursuant to 42 U.S.C. § 1983, alleging that his civil rights were violated. Plaintiff now requests an order permitting him to depose the defendants and also seeks to amend the scheduling order. These motions will be denied. Plaintiff does not need a court order to conduct depositions. The court notes, however, that Plaintiff must give notice to the individuals he seeks to depose and must arrange for an oath-administering officer and stenographer to be present at the deposition and pay for their services. *See* Fed. R. Civ. P. 30(a)(1). In addition, as the party noticing the deposition, Plaintiff would be responsible for *all* costs associated with holding the deposition. Fed. R. Civ. P. 30(b)(3)(A). The court is not authorized to waive these costs, even for an individual proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915(a).

As to Plaintiff's motion to amend the scheduling order, Plaintiff requests that the court "amend its scheduling order to thirty (30) day time periods, so that plaintiff would have immediate use of the institution's law library." ECF No. 23 at 2. He asserts that the next court deadline is scheduled for May 10, 2018, and as a result, he will not receive "court deadline" library passes until

April 10, 2018. The court will not impose separate discovery deadlines so that Plaintiff may circumvent the institution's library policy. All discovery must be completed by May 10, 2018.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to depose the defendants is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion to amend the scheduling order is **DENIED**.

Dated this   22nd   day of February, 2018.

s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court
